# EXHIBIT 3

EXHIBIT 3



5801 Trade Center Court
Villa Rica, GA 30180

# GECI
## GREEN ENERGY CONCEPTS, INC

Phone: 877-812-4309
Fax: 404-349-9878

August, 10 2018

Jeff Carpoff
President / CEO
DC Solar Solutions
4901 Park Road
Benicia, CA 94510

Mr. Carpoff,

Pursuant to our discussion this week please see requested industrial battery quotation below per your request.

### SALES QUOTATION

- GECI Private Label by Douglas/Enersys Industrial Lead Acid Battery
- Full Five year (60 month) warranty
- Model Number: 24-90DL-13
- Drawing Number: 556770-WWTC
- Description: 48v, 540 amp/hr, With Cover, White tray, Dims: (37.97"x20.72"x22.63). SB350 Grey connector
- Weight: 1992#'s
- Delivery: included to the first destination in continental U.S.

Price each:                $4093
- One (1) intercell connector tap and two (2) terminal taps all with copper threaded insert @ $25 each
                           $75
- 1/2" center cell tap for SCADA probe insert
                           $21

**TOTAL BATTERY: $4189 EACH**

Price for (5000):          $20,945,000

*5% Freedom Program Rebate Payment to Martinez Clippers thirty (30) days after receipt of funds each month*

Payment Terms: Net 30 days or 25% down / 75% after receipt each month – all applicable taxes apply

### PRODUCTION RAMP UP AND DELIVERY SCHEDULE

- First five hundred (500) 6-8 weeks after receipt of order
- Five hundred (500) each month thereafter for nine (9) months to meet total quantity of five thousand (5000)

Respectfully,



Thomas E. Valentini
Vice President
Green Energy Concepts, Inc.
5801 Trade Center Court
Villa Rica, GA 30180
Cell (205) 821-2755
Main 877-812-4309
tvalentini@geciproducts.net