# EXHIBIT 4

# EXHIBIT 4

Young, Connie

---

**From:** Jeff Carpoff <jeff@dcsolarsolutionsmfg.com>
**Sent:** Friday, August 10, 2018 1:37 PM
**To:** Thomas Valentini
**Cc:** Paulette Carpoff
**Subject:** RE: GECI battery quote revision

Thomas

Please resend the quote with:

Panda Bear International, Limited

As the purchaser and we will get the PO out right away.

Moving forward please keep Paulette copied on all emails so we can ensure things get processed right away.

Cheers

**Jeff Carpoff**
**President / CEO**
DC Solar Solutions, Inc
4901 Park Road
Benicia, Ca 94510
Phone: 925-203-1088
Direct: 925-305-7246
Fax: 925-798-3673



From: Thomas Valentini <tvalentini@ibcipower.com>
Sent: Friday, August 10, 2018 10:23 AM
To: Jeff Carpoff <jeff@dcsolarsolutionsmfg.com>
Subject: GECI battery quote revision

Jeff,

See revised attached quotation.

Call me with any questions.

I'll have my phone close all day.

1

With Thanks and Respect,



Thomas E. Valentini
Vice President
Green Energy Concepts, Inc.
5801 Trade Center Court
Villa Rica, GA 30180
Cell (205) 821-2755
Main  877-812-4309
tvalentini@geciproducts.net

This email message and any attachments transmitted with it contains confidential information and is intended only for use by the individual(s) to whom the message is addressed. If you have received this email message in error, please notify the sender by reply email and delete the email and all attachments if any, from your system. You should not distribute or copy this email message or its contents. Any views or opinions presented in this email message are solely those of the author and do not necessarily represent those of IBCI . No employee or agent is authorized to create any binding agreement on behalf of IBCI with another party by email. IBCI accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed by IBCI in a signed writing. The recipient should check this email and any attachments for the presence of any virus. IBCI accepts no liability for any damage caused by any virus transmitted by this email message or any attachments.

IBCI 5831 Orr Road, Charlotte, NC 28213  www.ibcipower.com



Thomas E. Valentini
Vice President
Green Energy Concepts, Inc.
5801 Trade Center Court
Villa Rica, GA 30180
Cell (205) 821-2755
Main  877-812-4309
tvalentini@geciproducts.net

This email message and any attachments transmitted with it contains confidential information and is intended only for use by the individual(s) to whom the message is addressed. If you have received this email message in error, please notify the sender by reply email and delete the email and all attachments if any, from your system. You should not distribute or copy this email message or its contents. Any views or opinions presented in this email message are solely those of the author and do not necessarily represent those of IBCI. No employee or agent is authorized to create any binding agreement on behalf of IBCI with another party by email. IBCI accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed by IBCI in a signed writing. The recipient should check this email and any attachments for the presence of any virus. IBCI accepts no liability for any damage caused by any virus transmitted by this email message or any attachments.

IBCI 5831 Orr Road, Charlotte, NC 28213  www.ibcipower.com

**From:** Jeff Carpoff [mailto:jeff@dcsolarsolutionsmfg.com]
**Sent:** Tuesday, June 26, 2018 12:13 AM
**To:** Thomas Valentini
**Subject:** RE: IBCI

Thomas

Does 2pm work?

Jeff Carpoff
President / CEO
DC Solar Solutions, Inc
4901 Park Road
Benicia, Ca 94510
Phone: 925-203-1088
Direct: 925-305-7246
Fax: 925-798-3673



**From:** Thomas Valentini <tvalentini@ibcipower.com>
**Sent:** Monday, June 25, 2018 6:19 PM
**To:** Jeff Carpoff <jeff@dcsolarsolutionsmfg.com>
**Subject:** Re: IBCI

Ok...sure...no problem.

2